**United States District Court**
For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   AMERICAN CIVIL LIBERTIES UNION,           No. C 06-04129 WHA
     BRONX DEFENDERS, INC., NATIONAL
11   IMMIGRATION LAW CENTER, and THE
     NATIONAL LAWYERS GUILD
12                                             **ORDER DENYING EXTENSION**
13              Plaintiffs,                    **OF TIME TO FILE MOTIONS**
                                               **FOR SUMMARY JUDGMENT**
14        v.

15   UNITED STATES DEPARTMENT OF
     HOMELAND SECURITY, and UNITED
16   STATES DEPARTMENT OF JUSTICE,

17              Defendants.
                                        /
18

19        Good cause not shown, parties' stipulation to extend time to file motions for summary

20   judgment is **DENIED**.

21

22        **IT IS SO ORDERED.**

23

24   Dated:  January 4, 2007
                                              _____
25                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE
26

27

28