LUCAS GUTTENTAG (CSB #90208)
CECILLIA D. WANG (CSB #187782)
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs
(Additional counsel listed on following page)


KEVIN V. RYAN
United States Attorney
ILA C. DEISS
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7124
Facsimile: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; BRONX DEFENDERS, INC.; NATIONAL IMMIGRATION LAW CENTER; and NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No. C-06-4129-WHA<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL**<br><br>Judge: Hon. William H. Alsup |

Additional Plaintiffs' counsel:

ALAN L. SCHLOSSER (CSB #49957)
JULIA HARUMI MASS (CSB #189649)
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478


MICHAEL J. WISHNIE*
JEROME N. FRANK LEGAL SERVICES ORGANIZATION
Yale Law School
127 Wall Street
New Haven, CT 06511
(203) 432-4800


MARC VAN DER HOUT (CSB #80778)
ILYCE SHUGALL**
STACY TOLCHIN (CSB #217431)
VAN DER HOUT, BRIGAGLIANO &
   NIGHTINGALE, LLP
180 Sutter Street, Fifth Floor
San Francisco, CA 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com


*Application for admission *pro hac vice* pending

**Application for admission *pro hac vice* forthcoming

WHEREAS, the parties to this matter have been engaged in efforts to avoid needless litigation of Plaintiffs' claims under the Freedom of Information Act, 5 U.S.C. § 552, and have reached a mutually satisfactory resolution,

THEREFORE, the parties to the above-captioned action hereby stipulate as follows:

1. The parties have concluded that this matter may be resolved fully if the following conditions are met within 45 days of the Court's signing of the proposed order attached to this Stipulation:

2. Defendant U.S. Department of Homeland Security (DHS) shall select at random:

    a. 1,000 removal cases commenced by the U.S. Immigration and Customs Enforcement ("ICE") or Immigration and Naturalization Service ("INS") by Notice to Appear ("NTA") or other charging document issued between January 1, 2000, and July 9, 2003, in which the respondent had been convicted of a sexual offense on or before the date the charging document was issued (or if the number of such cases is less than 1,000, the maximum number available) ("Category 1");

    b. 1,000 removal cases in which the respondent was arrested pursuant to the law enforcement initiative known as "Operation Predator," from among such cases commenced by ICE by NTA or other charging document issued between July 10, 2003, and December 31, 2006 (or if the number of such cases is less than 1,000, the maximum number available) ("Category 2");

    c. 1,000 removal cases commenced by INS or ICE by NTA or other charging document issued between January 1, 2000 and July 9, 2003 (or if the number of such cases is less than 1,000, the maximum number available) ("Category 3"); and

    d. 1,000 removal cases commenced by INS or ICE by NTA or other

1   charging document issued between July 10, 2003, and December 31,
2   2006 (or if the number of such cases is less than 1,000, the maximum
3   number available) ("Category 4").
4   3.  For each case randomly selected in Categories 1-4 as set forth in
5  paragraph 2 above, DHS and the U.S. Department of Justice (DOJ) shall collectively
6  provide to Plaintiffs the following information, in electronic format:
7       a.  form(s) of relief sought by respondent, if any
8       b.  disposition of application(s) for relief by Immigration Judge, if any
9       c.  whether respondent or government filed an appeal to the BIA;
10      d.  disposition of appeal by BIA, if any
11      e.  gender of respondent
12      f.  country of origin of respondent, as alleged in charging document
13      g.  ground(s) of deportability alleged in charging document
14      h.  whether respondent was represented by counsel before the Immigration
15  Judge
16      i.  whether respondent was represented by counsel before the BIA, if any
17  appeal was taken
18      j.  location of Immigration Court where proceedings were commenced
19      k.  location of Immigration Court where proceedings were concluded
20  The parties recognize that Defendants maintain the foregoing data in various units of
21  DHS and DOJ, and that fulfilling these conditions will require coordination among those
22  units. Defendants agree to provide the requested information in the specified format or,
23  in the event that the precise format is not available, to provide the best possible
24  equivalent.
25  4.  Plaintiffs stipulate that if the foregoing conditions are met, this matter
26  shall be deemed dismissed with prejudice, and without an award of attorneys' fees for
27  any work done by Plaintiffs' counsel through the signing of the Proposed Order,
28  immediately upon the Court's signing of the attached Proposed Order, subject to

paragraph 6 below.

5. Plaintiffs stipulate and agree that they will not submit a future request under FOIA to Defendants seeking the information that is the subject of this case.

6. The Court shall maintain jurisdiction of this matter solely to monitor and enforce if necessary the parties' compliance with the terms of this stipulation. Any future application for attorneys' fees based on any action to enforce the provisions of this Agreement may not be predicated upon any acts of the defendants or findings of this Court that occurred prior to the signing of the Proposed Order by the Court.

SO STIPULATED.

LUCAS GUTTENTAG
CECILLIA D. WANG
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Dated: February 28, 2007     By: _____
                                                   CECILLIA D. WANG

Attorneys for Plaintiffs



KEVIN V. RYAN
United States Attorney
ILA C. DEISS
Assistant United States Attorney
United States Attorney's Office
 for the Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7124
Facsimile: (415) 436-7169

Dated: February 28, 2007

By: /s/ ILA C. DEISS

Attorneys for Defendants

## ORDER

Based upon the stipulation of the parties, the Court hereby ORDERS as follows:

1. This matter is DISMISSED WITH PREJUDICE as of the date of this order, and all pending briefing schedules and hearings are hereby removed from the Court's calendar;

2. Defendants shall fulfill the conditions set forth in the parties' attached Stipulation within 45 days of the signing of this Order;

3. The Court will maintain jurisdiction of this matter solely to monitor the parties' compliance with the terms of this Order of Dismissal With Prejudice.

SO ORDERED.

Dated: ~~February~~ March 1, 2007

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

The Court shall retain jurisdiction of this matter for 45 days after the date of this order.